**NOT FOR PUBLICATION**

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| TRUSTEES OF THE B.A.C. LOCAL 4 PENSION FUND, et al.,<br><br>*Plaintiffs*,<br>v.<br><br>BLADE GENERAL CONTRACTING, INC.,<br><br>*Defendant*. | Civil Action No. 25-16111<br><br>**ORDER**<br><br>July 28, 2026 |

**SEMPER**, District Judge.

**THIS MATTER** having come before the Court on Plaintiffs Trustees of the B.A.C. Local 4 Pension Fund, Trustees of the B.A.C. Local 5 Pension Fund, Trustees of the New Jersey B.A.C. Annuity Fund, Trustees of the New Jersey B.A.C. Health Fund, Trustees of the New Jersey BM&P Apprentice and Education Fund, and Trustees of the Bricklayers & Trowel Trades International Pension Fund's Motion for Default Judgment (ECF 6) against Defendant Blade General Contracting, Inc., pursuant to Federal Rule of Civil Procedure 55(b)(2), and the Court having considered the submissions of Plaintiffs, for the reasons stated in this Court's Opinion dated July 28, 2026,

**IT IS**, on this 28th day of July, 2026,

1. **ORDERED** that Plaintiffs' Motion for Default Judgment (ECF 6) is **GRANTED**; and it is further

2. **ORDERED** that judgment is entered against Defendant Blade Contracting, Inc., for $19,696.92 in unpaid benefits contributions, $328.38 in dues check-offs, and $3,218.47 in liquidated damages for the Audit Period, with interest accruing on the unpaid benefits contributions at a rate of $4.66 per diem from February 2, 2026 through the date of payment; and it is further

3. **ORDERED** that judgment is entered against Defendant Blade Contracting, Inc., for $33,292.26 in unpaid benefits contributions, $4,078.8 in dues check-offs, and $15,522.22 in liquidated damages for the Non-Audit Period, with interest accruing on the unpaid benefits contributions at a rate of $9.17 per diem from February 2, 2026 through the date of payment; and it is further

4. **ORDERED** that Defendant Blade Contracting, Inc. shall pay Plaintiffs $6,963.81 in attorneys' fees and costs; and it is finally

5. **ORDERED** that the Clerk of the Court is instructed to **CLOSE** this case.

*/s/ Jamel K. Semper*
**HON. JAMEL K. SEMPER**
**United States District Judge**

Orig: Clerk
cc: Stacey D. Adams, U.S.M.J.
Parties